Another, Respondents.— Motion for stay dismissed on the ground that the appeal having been herewith decided (See *post*, p. 711) the motion is now unnecessary. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MAX F. BABENZEIN and Another, Appellants, v. CONRAD W. LINNEMEYER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

J. HERBERT BATE, Doing Business as J. HERBERT BATE COMPANY, Respondent, v. JAMES A. WALSH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

CHARLES COWALICK, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ANNA GEDULD, Appellant, v. HYMAN GEDULD, Respondent.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ALLEN T. HAIGHT, on Behalf of Himself and All Other Stockholders of QUEENS LAND AND TITLE COMPANY, etc., Appellant, v. TITLE GUARANTEE AND TRUST COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Kelby and Kapper, JJ., concur; Jaycox and Young, JJ., dissent.

ELIZABETH HORSCH, Appellant, v. FRANK J. HORSCH, Respondent.— Order vacating and setting aside notice for examination of defendant before trial affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

GEORGE HUGUE, Respondent, v. ELIAS BERLOW CORPORATION and Others, Defendants, Impleaded with JACOB LERNER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

INDUSTRIA LIMITED, Respondent, v. AMERICAN ZYLONITE CORPORATION and Others, Defendants, Impleaded with ALFRED BURKE, as Trustee, etc., Appellant. (Appeal No. 1.) — Order denying motion to dismiss the complaint as to the defendant Burke upon the ground that he is not a proper or necessary party to the action, and that the complaint states no cause of action against him, affirmed on the law, with ten dollars costs and disbursements, on authority of *Security Trust Co.* v. *Pritchard* (201 App. Div. 142) and *Wilson* v. *Brown* (107 Misc. Rep. 167; affd., 190 App. Div. 926). Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

INDUSTRIA LIMITED, Respondent, v. AMERICAN ZYLONITE CORPORATION and Others, Defendants, Impleaded with ALFRED BURKE, as Trustee, etc., Appellant. (Appeal No. 2.) — Order so modified as to permit an examination as to the items contained in the notice, excepting numbers 1, 2 and 16; and as modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Petition of THE PEOPLE'S TRUST COMPANY, as Substituted Trustee of the Trusts Created for the Benefit of KATE CORRINNE BALDWIN, under the Will of ORAN S. BALDWIN, Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with costs to respondents appearing separately and filing briefs, payable out of the estate. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.